LEOPOLDINE MAYER, Respondent, v. THOMAS F. TEVLIN and MARGARET A. TEVLIN, Appellants. LOUIS KELLNER and WILLIAM F. RYAN, as Receiver, etc., Respondents.— Judgment affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

METROPOLITAN BY-PRODUCTS COMPANY, INC., Appellant, v. WILLIAM P. LANGEVIN, Respondent, Impleaded with RODGER P. DOYLE, Defendant. (Appeal No. 2.) METROPOLITAN BY-PRODUCTS COMPANY, INC., Appellant, v. WILLIAM P. LANGEVIN and Another, Respondents, Impleaded with Others, Defendants. (Appeal No. 1.) — The extraordinary proceedings disclosed by the affidavits present an exceptional case with an urgent municipal situation of which a court of equity should take cognizance. The orders appealed from are reversed, with ten dollars costs and disbursements, on condition that plaintiff stipulate within five days for a trial on the merits at the November Special Term. Carr, Stapleton, Mills Rich and Putnam, JJ., concurred.

JOSEPH NEUSTADT, Respondent, v. ALFRED C. SOPER and MARY A. TOWEN, as Administratrix, etc., Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

ALEDA S. PHINNY, Appellant, v. GEORGE T. HAY and FREDERICK C. LOCKHART, Respondents.— Order affirmed, with ten dollars costs and disbursements, and plaintiff is given the right to withdraw her demurrer upon payment of the costs at Special Term and the costs and disbursements of this appeal. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE ÆTNA CONTRACTING CORPORATION and Others, Appellants.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK IVANOFF, Appellant.— Judgments of conviction of the Court of Special Sessions affirmed. No opinion. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. McGERALD, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEOPOLD TSCHIRKY, Respondent, v. FLORENCE TSCHIRKY, Appellant.— Final order affirmed. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

PETER RALPH, an Infant, by JOSEPH H. RALPH, His Guardian ad Litem, Respondent, v. JEREMIAH F. RYAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Carr, Stapleton, Mills, Rich and Putnam, JJ.